Judge Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 2:17-cv-00263-RSL<br><br>[Proposed] ORDER GRANTING EPA'S EXPEDITED UNOPPOSED MOTION TO EXTEND DEADLINES BY 60 DAYS |

THIS MATTER came before the Court on Defendant United States Environmental Protection Agency's ("EPA") Expedited Unopposed Motion to Extend Deadlines by 60 Days. The Court having reviewed the motion hereby:

ORDERS that EPA's Expedited Unopposed Motion to Extend Deadlines by 60 Days is hereby granted. The deadline for the Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and L. Civ. R. 26(f) is reset to June 23, 2017, and the deadline for Defendant EPA to file its response to Plaintiff's Complaint for Declaratory and Injunctive Relief is reset to June 27, 2017.

[Proposed] ORDER GRANTING EPA'S
EXPEDITED UNOPPOSED MOTION TO EXTEND
DEADLINES BY 60 DAYS
NO. 2:17-CV-00263-RSL

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 7611
WASHINGTON, DC 20044-7611
(202) 514-2398

DATED this 18th day of April, 2017.

*MtSLasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

/s/ *Patrick R. Jacobi*
PATRICK R. JACOBI
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-2398
Fax: (202) 514-8865
Email: patrick.r.jacobi@usdoj.gov

[PROPOSED] ORDER GRANTING EPA'S
EXPEDITED UNOPPOSED MOTION TO EXTEND
DEADLINES BY 60 DAYS
No. 2:17-CV-00263-RSL

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 7611
WASHINGTON, DC 20044-7611
(202) 514-2398

2