Judge Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　Defendant. | No. 2:17-cv-00263-RSL<br><br>[Proposed] ORDER ENTERING STIPULATED DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on Defendant United States Environmental Protection Agency's and Plaintiff Northwest Environmental Advocates' Stipulated Dismissal With Prejudice. The Court having reviewed the stipulated dismissal hereby:

ORDERS that this action is dismissed with prejudice and without fees or costs to any party.

DATED this 13th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ M S Lasnik
　　　　　　　　　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[Proposed] ORDER ENTERING STIPULATED
DISMISSAL WITH PREJUDICE

No. 2:17-cv-00263-RSL

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 7611
WASHINGTON, DC 20044-7611
(202) 514-2398

1